In the Matter of the Application of AARON BRING CHEVROLET Co., INC., Respondent, for an Order of Certiorari against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order denying motion to vacate certiorari order and annulling the deter-

mination of the board of standards and appeals unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.